IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDDIE J. KELLY**                                                                              **PLAINTIFF**

**v.**                                  **No. 4:08-CV-02144-WRW**

**CITY OF CONWAY, ARKANSAS;**
**CONWAY POLICE DEPARTMENT;**
**CONWAY FIRE DEPARTMENT and**
**OFFICER CLAYTON SMITH**                                      **DEFENDANTS**

## **ORDER**

Pending is the Motion to Dismiss of separate Defendants Conway Police Department and Conway Fire Department (Doc. No. 9). Plaintiff has responded.[1]

In his response, Plaintiff agrees with Defendants' position. Defendants' Motion to Dismiss is GRANTED. Accordingly, separate Defendants Conway Police Department and Conway Fire Department are dismissed.

IT IS SO ORDERED this 27th day of October, 2008.

                                                 /s/ Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.