**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FREDDIE KELLY a/k/a FRED KELLY**                                                                 **PLAINTIFF**

**VS.**                                          **4:08-CV-02144-WRW**

**CITY OF CONWAY, ARKANSAS, et al**                                                         **DEFENDANTS**

**ORDER**

Pending are *pro se* Plaintiff's Motion for Partial Summary Judgment (Doc. No. 34) and Defendants' Motion for Extension of Time to Respond (Doc. No. 37).

Since discovery is on-going, Plaintiff's motion is premature. Accordingly, Plaintiff's Motion for Partial Summary Judgment (Doc. No. 34) is DENIED without prejudice to refiling after proper discovery has been completed, and Defendant's Motion for Extension of Time (Doc. No. 37) is DENIED as MOOT.

IT IS SO ORDERED this 22nd day of July, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE