# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FREDDIE KELLY a/k/a FRED KELLY**                                              **PLAINTIFF**

**VS.**                                        **4:08CV02144-WRW**

**CITY OF CONWAY, ARKANSAS, et al**                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Compel (Doc. No. 43).

Based on Defendants' response,[1] which was filed on November 25, 2009, it appears that Defendants have now provided Plaintiff with responses to his discovery requests. Accordingly, the motion is DENIED as MOOT.

IT IS SO ORDERED this 30th day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 47.

1