UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

January 14, 2010

Mr. Freddie J. Kelly - *pro se*
12801 Middlebrook Road
Chester, VA 23831

Mr. John Lennon Wilkerson
Arkansas Municipal League
Post Office Box 38
North Little Rock, AR 72115-0038

      Re:    *Freddie Kelly v. City of Conway, Arkansas, et al.* -- 4:08-CV-02144-WRW

Dear Mr. Kelly and Mr. Wilkerson,

After a full review of this case, I have decided to enter summary judgment against Plaintiff, and in favor of Defendants.

Accordingly, the trial set for February 9, 2010, is cancelled.

A formal order and judgment will be entered as soon as I can get it squared away.

                                                     Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court