IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDDIE J. KELLY**                                                                                      **PLAINTIFF**

**v.**                                             **4:08CV02144WRW**

**CITY OF CONWAY, ARKANSAS,**                                                          **DEFENDANTS**
**and OFFICER CLAYTON SMITH**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of January, 2010.


                                                /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE